# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Feeney, Joan N. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>10/02/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1150 John W. McCormack Post Office and Court House
5 Post Office Square
Boston, MA 02109

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President until October 27, 2012, therafter Immediate Past President | National Conference of Bankruptcy Judges |
| 2. | Co-trustee | _____ trusts |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Thomson/West Publishing Co., Eagan, MN, agreement to co-author Bankruptcy Law Manual for compensation based on net sales |
| 2. | 2009 | John Wiley & Sons Publishing Co., New York, NY, agreement to co-author manual for consumers for compensation based on net sales |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Feeney, Joan N. | 10/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2012 | Thomson/West, royalties from book | $34,675.91 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | National Conference of Bankruptcy Bankruptcy | 01/29/2012-02/01/2012 | San Diego, CA | planning meeting for judges' professional association annual meeting | transportation, lodging, meals |
| 2. | National Conference of Bankruptcy Judges | 10/20/2012-10/28/2012 | San Diego, CA | annual meeting of judges' professional association, education | transportation, lodging, meals |
| 3. | National Conference of Bankruptcy Judges | 03/18/2012-03/21/2012 | Miami, FL | mid-year meeting of judges' professional association | transportation, lodging, meals |
| 4. | American College of Bankruptcy | 03/16/2012-03/18/2012 | Washington, DC | educational seminar | transportation, lodging, meals |

| 5. | American Bankruptcy Institute | 07/12/2012-07/15/2012 | Bretton Woods, NH | educational seminar | lodging, meals |
| --- | --- | --- | --- | --- | --- |
| 6. | Federal Magistrate Judges Association | 07/22/2012-07/25/2012 | Denver, CO | annual meeting of judges' professional assoication, guest speaker | transportation, lodging, meals |
| 7. | National Conference of Bankruptcy Judge | 09/11/2012-09/12/2012 | Washington, DC | meeting of legislative committee of professional association | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Feeney, Joan N. | 10/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | Gift from association in recognition of services as president | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hanscom Federal Credit Union | line of credit, credit card | K |
| 2. | Vermont Student Assistance | guaranty of ____ tuition loan | L |
| 3. | Sallie Mae | ____ tuition loan, guaranty of student loan | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feeney, Joan N. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hanscom Federal Credit Union | B | Interest | K | T | | | | | |
| 2. Trustee, _____ trust - condominium Boston, MA | | None | P1 | W | Buy | 1/1/12 | P1 | | |
| 3. Trustee, _____ Irrevocable Trust | | None | | | | 12/24/12 | | | |
| 4. Trustee, _____ Trust, condominium, South Boston, MA | B | Rent | O | W | Buy | 12/08/12 | O | | Castle Realty trust seller |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feeney, Joan N. | 10/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.  I became a co-trustee of two trusts in December 2012 [          ]  As reported in Part VII, one trust owns real estate and the other was never funded and had no assets in 2012.  I have resigned from these positions.

II.  I did not receive any royaltes from the book contract with Wiley in 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| Feeney, Joan N. | 10/02/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan N. Feeney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544